McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PECH KHOEUN,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,<br><br>  Defendant. | No. 1:19-cv-01348-SKO<br><br>STIPULATION AND ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(Doc. 11) |

The parties stipulate by counsel that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Commissioner will conduct any necessary further proceedings, including but not limited to re-evaluating the claimant's mental impairments, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

//

//

Respectfully submitted July 21, 2020.

DATED: July 21, 2020

*/s/ Betty Herrera*
BETTY HERRERA
(as authorized by email)
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney

DATED: July 21, 2020        By    *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' above Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of Judgment in Favor of Plaintiff ("Stipulation to Remand") (Doc. 11), and for cause shown,

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Pech Khoeun and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:  **July 22, 2020**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE